# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# SHERMAN DIVISION

| | | |
|---|---|---|
| TAMARA LEACH, | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: |
| v. | * | 1:25-cv-03989-JPB-CCB |
| | * | |
| ONE SOURCE TECHNOLOGY, LLC | * | |
| d/b/a ASURINT, | * | |
| | * | |
| Defendant. | * | |

### NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT ONE SOURCE TECHNOLOGY, LLC d/b/a ASURINT.

Plaintiff, TAMARA LEACH by and through the undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant ONE SOURCE TECHNOLOGY, LLC d/b/a ASURINT, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully submitted this <u>27th</u> day of January, 2026.

FCRA ATTORNEYS, PLLC
<u>/s/ Lynn M. Mckeel</u>
Lynn M. Mckeel
Georgia Bar No.: 244409
12600 Deerfield Pkway, Ste. 100
Alpharetta, GA 30004
Tel: (404) 793-4880
Fax: 469-669-0786
Lynn@FCRAAttorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing **NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT ONE SOURCE TECHNOLOGY, LLC d/b/a ASURINT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 27th day of January, 2026.

FCRA ATTORNEYS, PLLC

/s/ Lynn M. Mckeel
Lynn M. Mckeel
Georgia Bar No.: 244409
12600 Deerfield Pkway, Ste. 100
Alpharetta, GA 30004
Tel: (404) 793-4880
Fax: 469-669-0786
Lynn@FCRAAttorneys.com